No. 25, Misc. WILLIAMS *v.* WAINWRIGHT, CORREC-
TIONS DIRECTOR. Supreme Court of Florida. Certiorari
denied. Petitioner *pro se. Richard W. Ervin,* Attorney
General of Florida, and *George R. Georgieff,* Assistant
Attorney General, for respondent.

No. 27, Misc. PRESTON *v.* COLORADO ET AL. Supreme
Court of Colorado. Certiorari denied. Petitioner *pro se.*
*Duke W. Dunbar,* Attorney General of Colorado, *Frank*
*E. Hickey,* Deputy Attorney General, and *John P. Moore,*
Assistant Attorney General, for respondents.

No. 29, Misc. BOWLES *v.* TEXAS. Court of Criminal
Appeals of Texas. Certiorari denied. Petitioner *pro se.*
*Waggoner Carr,* Attorney General of Texas, and *Howard*
*Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant
Attorneys General, for respondent.

No. 30, Misc. HAWRYLIAK *v.* PENNSYLVANIA ET AL.
C. A. 3d Cir. Certiorari denied.

No. 33, Misc. RASMUSSEN *v.* MINNESOTA. Supreme
Court of Minnesota. Certiorari denied. Petitioner *pro*
*se. Walter F. Mondale,* Attorney General of Minnesota,
and *Charles E. Houston,* Solicitor General, for respondent.

No. 34, Misc. KRUPNICK *v.* CROUSE, WARDEN. Su-
preme Court of Kansas. Certiorari denied. Petitioner
*pro se. William M. Ferguson,* Attorney General of
Kansas, and *J. Richard Foth,* Assistant Attorney General,
for respondent.

No. 35, Misc. HOOTMAN *v.* INDIANA. Supreme Court
of Indiana. Certiorari denied. Petitioner *pro se. Edwin*
*K. Steers,* Attorney General of Indiana, for respondent.